Form definm13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Bradley Benes
122 Dickinson Dr.
Wheaton, IL 60189
SSN: xxx−xx−0732 EIN: N.A.

Case No. : 19−05978
Chapter : 13
Judge : Janet S. Baer

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 13 CASES
OF REQUIRED DOCUMENTS FOR DISCHARGE**

Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must file the following documents in order to receive a discharge.

☑ Official Form 423, Certification About a Financial Management Course. In joint cases, the form must be completed and filed by each debtor. Please include the certificate number on Official Form 423 or attach the certificate you received from the approved Personal Financial Management Course Provider.

A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

Official Form 423 is available on our website at www.ilnb.uscourts.gov/Forms/

☑ Debtor's Declaration Domestic Support Obligations. In joint cases, the form must be completed and filed by each debtor. The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required documents, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: November 25, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Bradley Benes  
    Debtor

Case No. 19-05978-JSB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: dpruitt    Page 1 of 1    Date Rcvd: Nov 25, 2019  
    Form ID: definm13    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.  
db    +Bradley Benes,   122 Dickinson Dr.,   Wheaton, IL 60189-7417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:  
    Cari A Kauffman   on behalf of Creditor   AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM Financial ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com  
    Glenn B Stearns   stearns_g@lisle13.com  
    Joel P Fonferko   on behalf of Creditor   BANK OF AMERICA, N.A. ND-One@il.cslegal.com  
    Joseph S Davidson   on behalf of Debtor 1 Bradley  Benes jdavidson@sulaimanlaw.com, courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com  
    Nisha B Parikh   on behalf of Creditor   CitiMortgage, Inc. bankruptcy@fal-illinois.com  
    Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov  
    Peter C Bastianen   on behalf of Creditor   BANK OF AMERICA, N.A. ND-Four@il.cslegal.com  
    TOTAL: 7